UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LYONROSS PARTNERS MASTER FUND LP,
SUSSEX DIRECTORIES SEZE, TIMBERDALE
LIMITED, VLADIMIR KUZNETSOV, and THE PIERS
PLAYFAIR RETIREMENT PLAN & TRUST,

Case No.: 20-CV-6838 (JSR)

                    Plaintiffs,

**ORDER**

    -against-

PROPHECY TRADING ADVISORS
INTERNATIONAL LTD., PROPHECY TRADING
ADVISORS MASTER FUND, LP, PROPHECY ASSET
MANAGEMENT LP, PROPHECY TRADING
ADVISORS GP, LLC, JEFFREY SPOTTS, JOHN
HUGHES, JOHN CARUSO and BRIAN KHAN,

                    Defendants.
-------------------------------------------------------------------X

      **WHEREAS**, on August 24, 2020, Plaintiffs' complaint in the above-referenced action (the "Complaint") was filed under seal until September 6, 2020;

      **WHEREAS**, on September 2, 2020, the Court held a telephone conference wherein defendants Prophecy Trading Advisors International Ltd., Prophecy Trading Advisors Master Fund, LP, Prophecy Asset Management LP, and Prophecy Trading Advisors GP, LLC made an application (the "Application") to make certain redactions to the Complaint;

      **WHEREAS**, the Court granted in part and denied in part the Application and directed the parties to submit a proposed Order reflecting the Court's rulings by September 7, 2020;

      **IT IS HEREBY ORDERED** that the Complaint shall remain under seal pending further Order of the Court.

Dated: New York, New York
       September 2, 2020

                                                         _____
                                                         United States District Judge