```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
LYONROSS PARTNERS MASTER FUND LP,         :
SUSSEX DIRECTORIES SEZE, TIMBERDALE       :    20 Civ. 6838
LIMITED, VLADIMIR KUZNETSOV, and THE      :
PIERS PLAYFAIR RETIREMENT PLAN & TRUST,   :
                                          :
     PlaintiffS,                          :
                                          :
          -v-                             :
                                          :    ORDER
PROPHECY TRADING ADVISORS INTERNATIONAL   :
LTD., PROPHECY TRADING ADVISORS MASTER    :
FUND, LP, PROPHECY ASSET MANAGEMENT LP,   :
PROPHECY TRADING ADVISORS GP, LLC,        :
JEFFREY SPOTTS, JOHN HUGHES, JOHN         :
CARUSO and BRIAN KHAN,                    :
                                          :
     Defendants.                          :
-------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

In a telephone conference earlier today, the parties jointly represented to the Court that they have tentatively agreed to submit this matter to arbitration. Based on that representation, the Court hereby stays this action during the pendency of such arbitration, provided the referral to arbitration is effectuated by no later than Friday, September 11, 2020. For that reason, the Initial Pretrial Conference, currently scheduled for September 9, 2020, is hereby adjourned pending further Order of the Court. In addition, the Complaint shall remain under seal pending further Order of the Court.

SO ORDERED.

Dated: New York, NY
       September 8, 2020

JED S. RAKOFF, U.S.D.J.