UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYONROSS PARTNERS MASTER FUND
LP, et al.,

    Plaintiffs,

  -v-

PROPHECY TRADING ADVISORS
INTERNATIONAL LTD., et al,

    Defendants.

---

20-cv-6838 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    A scheduling conference regarding various applications was held on May 2, 2022 in this largely sealed case. Counsel for all parties were present.[1] The Court granted plaintiffs' application for leave to file a proposed motion, which will be briefed on the following schedule:

- Plaintiffs' motion is due May 6, 2022.
- Defendants' opposition and any cross-motion is due May 23, 2022.
- If no cross-motion has been filed, then plaintiffs' reply is due May 31, 2022.
- If a cross-motion has been filed, then plaintiff's joint reply and opposition to the cross-motion is due June 6, 2022.
- If a cross-motion has been filed, then defendants' reply is due June 13, 2022.

---

[1] Counsel for several parties had not yet filed notices of appearances in this litigation. All counsel in this matter are directed to file notices of appearance on the docket by no later than Wednesday May 4, 2022 at 12:00 p.m. Counsel without an appearance on file shall not be permitted to participate in further proceedings with the Court.

1

The Court will hold oral argument on any pending motions on Thursday June 23, 2022 at 4:30 p.m. in Courtroom 14B, 500 Pearl Street.

The Court reserved judgment on various other applications raised at the conference. The parties are directed to convene another joint phone conference with Chambers on Friday May 6, 2022 at 3:30 p.m. to address those other matters.

The parties are directed to email the Court, by no later than Wednesday, May 4, 2022 at 12:00 p.m., an unredacted copy of the operative complaint and unredacted copies of any other documents that have been filed under seal in connection with this case.

SO ORDERED.

New York, NY
May 3, 2022

_____
JED S. RAKOFF, U.S.D.J.