UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYONROSS PARTNERS MASTER FUND LP, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> PROPHECY TRADING ADVISORS INTERNATIONAL LTD., et al, <br><br> Defendants. | 20-cv-6838 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court held a telephone conference on May 9, 2022 at which counsel for all parties were present. As confirmed on the record at the conference, all parties now consent to having the original complaint in this matter unsealed.

The Clerk is respectfully directed to unseal the complaint at ECF 2.

SO ORDERED.

New York, NY
May 9, 2022

_____
JED S. RAKOFF, U.S.D.J.

1