Case 1:20-cv-06838-JSR Document 22 Filed 05/09/22 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONROSS PARTNERS MASTER FUND LP, SUSSEX DIRECTORIES SEZC, TIMBERDALE LIMITED, VLADIMIR KUZNETSOV, and THE PIERS PLAYFAIR RETIREMENT PLAN & TRUST,

Plaintiffs,

v.

PROPHECY TRADING ADVISORS INTERNATIONAL LTD, PROPHECY TRADING ADVISORS MASTER FUND, LP, PROPHECY ASSET MANAGEMENT LP, PROPHECY TRADING ADVISORS GP, LLC, JEFFREY SPOTTS, JOHN HUGHES, JOHN CARUSO, and BRIAN KAHN,

Defendants.

Civil Action No. 1:20-CV-06838 (JSR)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

WHEREAS, this action was commenced on August 24, 2020 by filing a complaint (ECF No. 2) ("the Action");

WHEREAS, thereafter, the Action was stayed pending arbitration (ECF No. 11); and,

WHEREAS, no defendant in the above-captioned action has served an answer or made a motion for summary judgment,

NOW, THEREFORE, Plaintiffs LyonRoss Partners Master Fund LP, Sussex Directories SEZC, Timberdale Limited, Vladimir Kuznetsov, and the Piers Playfair Retirement Plan & Trust hereby give notice that the Action is voluntarily dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Case 1:20-cv-06838-JSR Document 22 Filed 05/09/22 Page 2 of 2

Dated: New York, New York
May 9, 2022

**SCHINDLER COHEN & HOCHMAN LLP**

BY: ______________________________
Jonathan L. Hochman
Matthew A. Katz
100 Wall Street, 15th Floor
New York, NY 10005
Tel: (212) 277-6350
Fax: (212) 277-6333

*Attorneys for Plaintiffs*

Clerk to close case.
SO ORDERED

______________________________
USDJ
5-10-22